# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re: TARDIFF, DAVID
   TARDIFF, DEBORAH
   COLONIAL LANDSCAPE/OUR GARDEN NURSER
   COLONIAL LANDSCAPE/OUR GARDEN NURSER ,
       Debtors

Case No. 11-60530

Chapter 7

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

Jeffrey M. Vetter, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $1,159,247.00
*(without deducting any secured claims)*

Assets Exempt: $68,145.00

Total Distribution to Claimants:$26,155.46

Claims Discharged
Without Payment: $853,081.98

Total Expenses of Administration:$15,698.70

3) Total gross receipts of $ 41,854.16 (see **Exhibit 1** ), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $41,854.16 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 15,698.70 | 15,698.70 | 15,698.70 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 433,382.73 | 445,854.71 | 445,854.71 | 26,155.46 |
| **TOTAL DISBURSEMENTS** | $433,382.73 | $461,553.41 | $461,553.41 | $41,854.16 |

4)  This case was originally filed under Chapter 7 on September 21, 2011. The case was pending for 23 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/10/2013            By: /s/Jeffrey M. Vetter
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| tax credit paid at closing | 1290-002 | 15.56 |
| 13+ acres with 3 Season cabin, Grafton, NH | 1110-000 | 39,000.00 |
| inheritance | 1290-000 | 2,838.60 |
| **TOTAL GROSS RECEIPTS** | | $41,854.16 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Jeffrey M. Vetter | 2100-000 | N/A | 4,933.86 | 4,933.86 | 4,933.86 |
| Jeffrey M. Vetter | 2200-000 | N/A | 178.45 | 178.45 | 178.45 |
| Klein, Denatale and Goldner | 3210-000 | N/A | 5,090.00 | 5,090.00 | 5,090.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Klein, Denatale and Goldner | 3220-000 | N/A | 40.25 | 40.25 | 40.25 |
| Janzen, Tamberi & Wong | 3410-000 | N/A | 980.00 | 980.00 | 980.00 |
| International Sureties | 2300-000 | N/A | 2.27 | 2.27 | 2.27 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| shuster, buttrey and wing | 3510-000 | N/A | 2,340.00 | 2,340.00 | 2,340.00 |
| shuster, buttrey and wing | 2500-000 | N/A | 200.00 | 200.00 | 200.00 |
| shuster, buttrey and wing | 2820-000 | N/A | 292.50 | 292.50 | 292.50 |
| shuster, buttrey and wing | 2500-000 | N/A | 16.90 | 16.90 | 16.90 |
| shuster, buttrey and wing | 2820-000 | N/A | 756.11 | 756.11 | 756.11 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 75.66 | 75.66 | 75.66 |
| The Bank of New York Mellon | 2600-000 | N/A | 85.93 | 85.93 | 85.93 |
| The Bank of New York Mellon | 2600-000 | N/A | 75.34 | 75.34 | 75.34 |
| The Bank of New York Mellon | 2600-000 | N/A | 82.96 | 82.96 | 82.96 |
| The Bank of New York Mellon | 2600-000 | N/A | 80.20 | 80.20 | 80.20 |
| The Bank of New York Mellon | 2600-000 | N/A | 72.28 | 72.28 | 72.28 |
| The Bank of New York Mellon | 2600-000 | N/A | 85.03 | 85.03 | 85.03 |
| The Bank of New York Mellon | 2600-000 | N/A | 77.12 | 77.12 | 77.12 |
| The Bank of New York Mellon | 2600-000 | N/A | 74.40 | 74.40 | 74.40 |
| Rabobank, N.A. | 2600-000 | N/A | 57.50 | 57.50 | 57.50 |
| International Sureties | 2300-000 | N/A | 51.94 | 51.94 | 51.94 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $15,698.70 | $15,698.70 | $15,698.70 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | JPMorgan Chase Bank, NA | 7100-000 | N/A | 92,035.99 | 92,035.99 | 5,616.61 |
| 2 | FIA Card Services, N.A. | 7100-000 | N/A | 5,821.33 | 5,821.33 | 355.25 |
| 3 | FIA Card Services, N.A. | 7100-000 | N/A | 7,618.94 | 7,618.94 | 464.95 |
| 4 | Wells Fargo Bank, National Association | 7100-000 | N/A | 31,245.59 | 31,245.59 | 1,906.80 |
| 5 | FIA Card Services, N.A. | 7100-000 | N/A | 14,903.93 | 14,903.93 | 909.53 |
| 6 | US Bank N.A. | 7100-000 | N/A | 5,547.73 | 5,547.73 | 338.56 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | N/A | 1,734.87 | 1,734.87 | 105.87 |
| 8 | Chase Bank USA, N.A. | 7100-000 | N/A | 8,216.05 | 8,216.05 | 501.39 |
| 9 | Chase Bank USA, N.A. | 7100-000 | N/A | 2,805.43 | 2,805.43 | 171.20 |
| 10 | Chase Bank USA, N.A. | 7100-000 | N/A | 6,611.92 | 6,611.92 | 403.50 |
| 11 | Chase Bank USA, N.A. | 7100-000 | N/A | 3,852.02 | 3,852.02 | 235.07 |
| 12 | Rose Crabtree | 7100-000 | N/A | N/A | 0.00 | 0.00 |
| 13 | Citibank, N.A. | 7100-000 | N/A | 18,597.50 | 18,597.50 | 1,134.93 |
| 14 | Citibank, N.A. | 7100-000 | N/A | 7,539.07 | 7,539.07 | 460.08 |
| 15 | L and L Nursery Supply, Inc | 7100-000 | N/A | 17,436.05 | 17,436.05 | 1,064.05 |
| 16 | Atlas Acquisitions LLC | 7100-000 | N/A | 16,774.91 | 16,774.91 | 1,023.71 |
| 17 | Atlas Acquisitions LLC | 7100-000 | N/A | 17,486.88 | 17,486.88 | 1,067.16 |
| 18 | Valley Community Bank | 7100-000 | N/A | 146,031.87 | 146,031.87 | 8,911.75 |
| 19 | Candica LLC | 7100-000 | N/A | 14,783.81 | 14,783.81 | 902.20 |
| 20 | Atlas Acquisitions LLC | 7100-000 | N/A | 9,465.08 | 9,465.08 | 577.62 |
| 21 | Ashley Funding Services LLC | 7100-000 | N/A | 85.73 | 85.73 | 5.23 |
| 22 | Old Republic Surety Company | 7200-000 | N/A | 15,411.49 | 15,411.49 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 23 | Capital One, N.A. | 7200-000 | N/A | 1,848.52 | 1,848.52 | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 9,515.00 | N/A | N/A | 0.00 |
| NOTFILED | GMAC Mortgage | 7100-000 | 262,800.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Fin Corp | 7100-000 | 80,758.00 | N/A | N/A | 0.00 |
| NOTFILED | Barclays Bank of Delaware | 7100-000 | 14,604.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 5,871.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 14,928.00 | N/A | N/A | 0.00 |
| NOTFILED | First Bankcard Cntr-Omaha | 7100-000 | 10,957.00 | N/A | N/A | 0.00 |
| NOTFILED | SST/Columbus Bank & Trust | 7100-000 | 4,071.00 | N/A | N/A | 0.00 |
| NOTFILED | Little Giant/Zaentz | 7100-000 | 2,308.00 | N/A | N/A | 0.00 |
| NOTFILED | Hagen | 7100-000 | 3,171.82 | N/A | N/A | 0.00 |
| NOTFILED | PG&E | 7100-000 | 183.93 | N/A | N/A | 0.00 |
| NOTFILED | Aquascape | 7100-000 | 2,901.10 | N/A | N/A | 0.00 |
| NOTFILED | Shell Vacations | 7100-000 | 600.00 | N/A | N/A | 0.00 |
| NOTFILED | Accord Creditor Serv/AT& T | 7100-000 | 35.65 | N/A | N/A | 0.00 |
| NOTFILED | Wright Express | 7100-000 | 1,265.36 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot | 7100-000 | 901.50 | N/A | N/A | 0.00 |
| NOTFILED | Office Max | 7100-000 | 1,583.52 | N/A | N/A | 0.00 |
| NOTFILED | Advanta Credit Cards | 7100-000 | 12,439.00 | N/A | N/A | 0.00 |
| NOTFILED | McCarthy, Burgess,Wolff /ATT | 7100-000 | 4,488.85 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $433,382.73 | $445,854.71 | $445,854.71 | $26,155.46 |

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: | 11-60530 |
| Case Name: | TARDIFF, DAVID |
| | TARDIFF, DEBORAH |
| Period Ending: 09/10/13 | |

| | |
|---|---|
| Trustee: | (008820)    Jeffrey M. Vetter |
| Filed (f) or Converted (c): | 09/21/11 (f) |
| §341(a) Meeting Date: | 11/18/11 |
| Claims Bar Date: | 02/22/12 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 13+ acres with 3 Season cabin, Grafton, NH | 31,500.00 | 31,500.00 | | 39,000.00 | FA |
| 2 | Mobile Home/Trailer at 8500-B Telsa Rd, Livermor | 30,000.00 | 30,000.00 | | 0.00 | FA |
| 3 | Mobile Home/Trailer at 8510 Telsa Rd, Livermore, | 50,000.00 | 50,000.00 | | 0.00 | FA |
| 4 | Vacation Time Share/Inn at the Opera, San Franci | 15,000.00 | 15,000.00 | | 0.00 | FA |
| 5 | Cash - home | 200.00 | 0.00 | | 0.00 | FA |
| 6 | Mojave Desert Bank Checking | 2,163.00 | 0.00 | | 0.00 | FA |
| 7 | Household goods & Furnishings yardsale value | 2,800.00 | 0.00 | | 0.00 | FA |
| 8 | Artwork, stamp and spoon collections, DVD/VHS /C | 2,500.00 | 0.00 | | 0.00 | FA |
| 9 | Ordinary Clothes | 300.00 | 0.00 | | 0.00 | FA |
| 10 | Wedding Rings, other assorted jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 11 | DVD and digital camera | 200.00 | 0.00 | | 0.00 | FA |
| 12 | Roth & Standard IRA Ameriprise | 34,645.00 | 0.00 | | 0.00 | FA |
| 13 | Stocks - Charles Schwab | 2,497.00 | 0.00 | | 0.00 | FA |
| 14 | Payments due from contracts of sale | 5,600.00 | 5,600.00 | | 0.00 | FA |
| 15 | See attached item (18) | 189,892.00 | 189,892.00 | | 0.00 | FA |
| 16 | Possible refund due to early property lease term | 800,000.00 | 800,000.00 | | 0.00 | FA |
| 17 | 1988 GMC Water Truck | 8,000.00 | 0.00 | | 0.00 | FA |
| 18 | 2001 12' Enclosed Trailer | 1,400.00 | 0.00 | | 0.00 | FA |
| 19 | 1998 12' Bobcat Flatbed Trailer | 1,000.00 | 0.00 | | 0.00 | FA |
| 20 | 1999 Chevy Blazer | 2,050.00 | 0.00 | | 0.00 | FA |
| 21 | 2005 Boxer | 7,500.00 | 7,500.00 | | 0.00 | FA |
| 22 | 2001 16' Enclosed Trailer | 2,500.00 | 0.00 | | 0.00 | FA |
| 23 | 2010 Tax Refund ($8,567<br>-$2,675 to accountant) | 0.00 | 0.00 | | 0.00 | FA |
| 24 | inheritance  (u)<br>    inheritance from debtor's fathers estate. | 0.00 | 2,838.60 | | 2,838.60 | FA |
| 24 | **Assets**  Totals (Excluding unknown values) | **$1,190,747.00** | **$1,132,330.60** | | **$41,838.60** | **$0.00** |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-60530 | **Trustee:** (008820) Jeffrey M. Vetter |
| **Case Name:** TARDIFF, DAVID | **Filed (f) or Converted (c):** 09/21/11 (f) |
| TARDIFF, DEBORAH | **§341(a) Meeting Date:** 11/18/11 |
| **Period Ending:** 09/10/13 | **Claims Bar Date:** 02/22/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

**Major Activities Affecting Case Closing:**

11/14/11 spoke with f duarte.  has pd $3500 for 2002 truck, bobcat, auger and two attachments.  he pd 18500 so he still owes 15k.  tt sent him email demanding an offer on the equip.  truck 10k, bobcat 7k, attchments 1500

11/21/11 called lm re agent musz in nh re propery

11/28/11 send demand ltr to debtor and debtor atty for bank stmts and 2011 tax returns

11/28/11 sent demand ltr to irs for tax refund

11/28/11 bank does have lien on equipment.

11/28/11 spoke with david rapson re mobile and modular.  does bank have lien of the two pieces of property.

12/07/11 rapson said the bank does not have lien on mobile or modular.

12/13/11 spoke with musz   lm for tardiff pinks and titles for all vehicles and to note which vehicles are not titled.  gave him 10 days for turnover.  instructed him to contact musz re new hampshire property.

GET COST BASIS INFO RE POTENTIAL TAX RETURN COMPLETION.

01/26/12 returned docs to musz.

02/01/12 rec'd email from dunn re $3300 they were due and finally rec'd.  instructed them to forward to my office.

03/28/12 emailed dunn re tax returns

QTRLY REV

04/12/12 spoke w/ l holder re tax return completion.  debtor has extension until 10/15/12.  i will send another demand for completion in may with monthy followups to complete

05/15/12  demand for tax return completion sent.

06/18/12 sent letter for tax return completon

QTRLY REV:

07/05/12  rec'd copy of returns.  no refund.  will file tfr.

07/11/12  need to have tax returns complete and lisa's fee app.  chris from tamberis office getting employed.  ON MSN CALENDAR FOR 10/12

QTRLY REV:

 10/10/12  waitg on fee app from kdg and tax return completion

10/16/12 tc with c ratzlaff.  provided current forms 1 and 2.  returns should be complete soon.

12/12/12 prompt det letter recd and returns accepted as filed.

01/07/13 65 days passed since returns filed.  see note on 12/12.

Exhibit 8

Page: 3

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 11-60530 | **Trustee:**     (008820)    Jeffrey M. Vetter |
| **Case Name:**    TARDIFF, DAVID | **Filed (f) or Converted (c):**  09/21/11 (f) |
|                   TARDIFF, DEBORAH | **§341(a) Meeting Date:**    11/18/11 |
| **Period Ending:** 09/10/13 | **Claims Bar Date:**    02/22/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

QTRLY REV:

01/08/13 efiled non opp for personal property to oust

02/11/13 filed tfr.

QTRLY REV:

 04/01/13  wating on approval of tfr.

05/07/13 ofp filed

QTRLY REV:

 07/08/13  waiting on cks to clear.  will do tdr.

| | | |
|---|---|---|
| **Initial Projected Date Of Final Report (TFR):**    May 18, 2012 | **Current Projected Date Of Final Report (TFR):**    February 14, 2013  (Actual) | |

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-60530 |
| Case Name: | TARDIFF, DAVID |
| | TARDIFF, DEBORAH |
| Taxpayer ID #: | **-***9346 |
| Period Ending: | 09/10/13 |

| | |
|---|---|
| Trustee: | Jeffrey M. Vetter (008820) |
| Bank Name: | The Bank of New York Mellon |
| Account: | 9200-******02-65 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | | 5 T-Code | 6 Receipts $ | 7 Disbursements $ | Checking Account Balance |
|---|---|---|---|---|---|---|---|---|
| 02/09/12 | {24} | david and deborah tardiff 530 north kip street inyokern, CA 93527 | funds rec'd from inheritance | | 1290-000 | 2,838.60 | | 2,838.60 |
| 02/15/12 | 1001 | International Sureties 701 Poydras Street New Orleans, LA 70139 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2012 FOR CASE #11-60530, Premium Due effective 1/1/12 | | 2300-000 | | 2.27 | 2,836.33 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 2,811.33 |
| 03/27/12 | | shuster, buttrey and wing 79 hanover st lebanon, NH 03766 | proceeds from sale of real property in new hampshire | | | 35,410.05 | | 38,221.38 |
| | {1} | | gross proceeds form sale | 39,000.00 | 1110-000 | | | 38,221.38 |
| | | | tax credit paid at closing | 15.56 | 1290-002 | | | 38,221.38 |
| | | | commission on sale | -2,340.00 | 3510-000 | | | 38,221.38 |
| | | | deed preparation | -200.00 | 2500-000 | | | 38,221.38 |
| | | | transfer taxes | -292.50 | 2820-000 | | | 38,221.38 |
| | | | recording fees | -16.90 | 2500-000 | | | 38,221.38 |
| | | | 2011-2012 taxes  $710 plus interest | -756.11 | 2820-000 | | | 38,221.38 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 25.00 | 38,196.38 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 75.66 | 38,120.72 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 85.93 | 38,034.79 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 75.34 | 37,959.45 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 82.96 | 37,876.49 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 80.20 | 37,796.29 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 72.28 | 37,724.01 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 85.03 | 37,638.98 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 77.12 | 37,561.86 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | | 2600-000 | | 74.40 | 37,487.46 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001000882088 20130103 | | 9999-000 | | 37,487.46 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 38,248.65 | 38,248.65 | $0.00 |
| Less: Bank Transfers | 0.00 | 37,487.46 | |
| **Subtotal** | 38,248.65 | 761.19 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | $38,248.65 | $761.19 | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 11-60530 |
| Case Name: | TARDIFF, DAVID |
| | TARDIFF, DEBORAH |
| Taxpayer ID #: | **-***9346 |
| Period Ending: | 09/10/13 |

| | |
|---|---|
| Trustee: | Jeffrey M. Vetter (008820) |
| Bank Name: | Rabobank, N.A. |
| Account: | ****543565 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 37,487.46 | | 37,487.46 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 57.50 | 37,429.96 |
| 02/08/13 | 11002 | International Sureties 701 poydras street, suite 420 new orleans, LA 70139 | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/08/2013 FOR CASE #11-60530, 2013 bond premium check | 2300-000 | | 51.94 | 37,378.02 |
| 05/30/13 | 11003 | Klein, Denatale and Goldner 4550 California Avenue, 2nd Floor Bakersfield, CA 93309 | Dividend paid 100.00% on $5,090.00, Attorney for Trustee Fees (Other Firm);  Reference: | 3210-000 | | 5,090.00 | 32,288.02 |
| 05/30/13 | 11004 | Janzen, Tamberi & Wong 7650 North Palm Avenue, Suite 105 Fresno, CA 93711 | Dividend paid 100.00% on $980.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 980.00 | 31,308.02 |
| 05/30/13 | 11005 | Klein, Denatale and Goldner 4550 California Avenue, 2nd Floor Bakersfield, CA 93309 | Dividend paid 100.00% on $40.25, Attorney for Trustee Expenses (Other Firm);  Reference: | 3220-000 | | 40.25 | 31,267.77 |
| 05/30/13 | 11006 | JPMorgan Chase Bank, NA Attn Recovery AZ1-1004 201 N Central Ave Phoenix, AZ 85004 | Dividend paid  6.10% on $92,035.99; Claim# 1; Filed: $92,035.99; Reference: | 7100-000 | | 5,616.61 | 25,651.16 |
| 05/30/13 | 11007 | FIA Card Services, N.A. PO Box 15102 Wilmington, DE 19886-5102 | Dividend paid  6.10% on $5,821.33; Claim# 2; Filed: $5,821.33; Reference: | 7100-000 | | 355.25 | 25,295.91 |
| 05/30/13 | 11008 | FIA Card Services, N.A. PO Box 15102 Wilmington, DE 19886-5102 | Dividend paid  6.10% on $7,618.94; Claim# 3; Filed: $7,618.94; Reference: | 7100-000 | | 464.95 | 24,830.96 |
| 05/30/13 | 11009 | Wells Fargo Bank, National Association 100 W Washington St S4101-08C Phoenix, AZ 85003 | Dividend paid  6.10% on $31,245.59; Claim# 4; Filed: $31,245.59; Reference: | 7100-000 | | 1,906.80 | 22,924.16 |
| 05/30/13 | 11010 | FIA Card Services, N.A. PO Box 15102 Wilmington, DE 19886-5102 | Dividend paid  6.10% on $14,903.93; Claim# 5; Filed: $14,903.93; Reference: | 7100-000 | | 909.53 | 22,014.63 |
| 05/30/13 | 11011 | US Bank N.A. Bankruptcy Department PO Box 5229 Cincinnati, OH 45201-5229 | Dividend paid  6.10% on $5,547.73; Claim# 6; Filed: $5,547.73; Reference: | 7100-000 | | 338.56 | 21,676.07 |
| 05/30/13 | 11012 | Capital One Bank (USA), N.A. PO Box 71083 | Dividend paid  6.10% on $1,734.87; Claim# 7; Filed: $1,734.87; Reference: | 7100-000 | | 105.87 | 21,570.20 |

| | Subtotals : | $37,487.46 | $15,917.26 |
|---|---|---|---|

Exhibit 9

Page: 3

# Form 2

## Cash Receipts And Disbursements Record

| Case Number: | 11-60530 | | Trustee: | Jeffrey M. Vetter (008820) |
|---|---|---|---|---|
| Case Name: | TARDIFF, DAVID | | Bank Name: | Rabobank, N.A. |
| | TARDIFF, DEBORAH | | Account: | ****543565 - Checking Account |
| Taxpayer ID #: | **-***9346 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 09/10/13 | | Separate Bond: | N/A |

| 1<br><br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br><br>Receipts<br>$ | 6<br><br>Disbursements<br>$ | 7<br><br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Charlotte, NC 28272-1083 | | | | | |
| 05/30/13 | 11013 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Dividend paid  6.10% on $8,216.05; Claim# 8;<br>Filed: $8,216.05; Reference: | 7100-000 | | 501.39 | 21,068.81 |
| 05/30/13 | 11014 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Dividend paid  6.10% on $2,805.43; Claim# 9;<br>Filed: $2,805.43; Reference: | 7100-000 | | 171.20 | 20,897.61 |
| 05/30/13 | 11015 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Dividend paid  6.10% on $6,611.92; Claim#<br>10; Filed: $6,611.92; Reference: | 7100-000 | | 403.50 | 20,494.11 |
| 05/30/13 | 11016 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Dividend paid  6.10% on $3,852.02; Claim#<br>11; Filed: $3,852.02; Reference: | 7100-000 | | 235.07 | 20,259.04 |
| 05/30/13 | 11017 | Citibank, N.A.<br>701 E 60th St N<br>Sioux Falls, SD 57117 | Dividend paid  6.10% on $18,597.50; Claim#<br>13; Filed: $18,597.50; Reference: | 7100-000 | | 1,134.93 | 19,124.11 |
| 05/30/13 | 11018 | Citibank, N.A.<br>701 E 60th St N<br>Sioux Falls, SD 57117 | Dividend paid  6.10% on $7,539.07; Claim#<br>14; Filed: $7,539.07; Reference: | 7100-000 | | 460.08 | 18,664.03 |
| 05/30/13 | 11019 | L and L Nursery Supply, Inc<br>2552 Shenandoah Way<br>San Bernardino, CA 92407 | Dividend paid  6.10% on $17,436.05; Claim#<br>15; Filed: $17,436.05; Reference: | 7100-000 | | 1,064.05 | 17,599.98 |
| 05/30/13 | 11020 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Dividend paid  6.10% on $16,774.91; Claim#<br>16; Filed: $16,774.91; Reference: | 7100-000 | | 1,023.71 | 16,576.27 |
| 05/30/13 | 11021 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Dividend paid  6.10% on $17,486.88; Claim#<br>17; Filed: $17,486.88; Reference: | 7100-000 | | 1,067.16 | 15,509.11 |
| 05/30/13 | 11022 | Valley Community Bank<br>David J. Rapson<br>1970 Broadway #1200<br>Oakland, CA 94612 | Dividend paid  6.10% on $146,031.87; Claim#<br>18; Filed: $146,031.87; Reference:<br>Stopped on 07/15/13 | 7100-000 | | 8,911.75 | 6,597.36 |
| 05/30/13 | 11023 | Candica LLC<br>c/o Weinstein and Riley, PS<br>2001 Western Ave #400<br>Seattle, WA 98121 | Dividend paid  6.10% on $14,783.81; Claim#<br>19; Filed: $14,783.81; Reference: | 7100-000 | | 902.20 | 5,695.16 |
| 05/30/13 | 11024 | Atlas Acquisitions LLC<br>294 Union St.<br>Hackensack, NJ 07601 | Dividend paid  6.10% on $9,465.08; Claim#<br>20; Filed: $9,465.08; Reference: | 7100-000 | | 577.62 | 5,117.54 |

| | | | Subtotals : | $0.00 | $16,452.66 |
|---|---|---|---|---|---|

Exhibit 9

Page: 4

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| Case Number: | 11-60530 | |
| Case Name: | TARDIFF, DAVID | |
| | TARDIFF, DEBORAH | |
| Taxpayer ID #: | **-***9346 | |
| Period Ending: | 09/10/13 | |

| | |
|---|---|
| Trustee: | Jeffrey M. Vetter (008820) |
| Bank Name: | Rabobank, N.A. |
| Account: | ****543565 - Checking Account |
| Blanket Bond: | $5,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/30/13 | 11025 | Ashley Funding Services LLC c/o Resurgent Capital Services PO Box 10587 Greenville, SC 29603-0587 | Dividend paid  6.10% on $85.73; Claim# 21; Filed: $85.73; Reference: | 7100-000 | | 5.23 | 5,112.31 |
| 05/30/13 | 11026 | Jeffrey M. Vetter | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 5,112.31 | 0.00 |
| | | | Dividend paid 100.00%          4,933.86 on $4,933.86;  Claim# ; Filed: $4,933.86 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%           178.45 on $178.45;  Claim# ; Filed: $178.45 | 2200-000 | | | 0.00 |
| 07/15/13 | 11022 | Valley Community Bank David J. Rapson 1970 Broadway #1200 Oakland, CA 94612 | Dividend paid  6.10% on $146,031.87; Claim# 18; Filed: $146,031.87; Reference: Stopped: check issued on 05/30/13 | 7100-000 | | -8,911.75 | 8,911.75 |
| 07/15/13 | 11027 | Valley Community Bank 5000 pleasanton ave, ste 210 pleasanton, CA 94566 | Dividend paid  6.10% on $146,031.87; Claim# 18; Filed: $146,031.87; Reference: | 7100-000 | | 8,911.75 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 37,487.46 | 37,487.46 | $0.00 |
| Less: Bank Transfers | 37,487.46 | 0.00 | |
| Subtotal | 0.00 | 37,487.46 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $37,487.46 | |

| | |
|---|---|
| Net Receipts : | 38,248.65 |
| Plus Gross Adjustments : | 3,605.51 |
| Less Other Noncompensable Items : | 15.56 |
| Net Estate : | $41,838.60 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******02-65 | 38,248.65 | 761.19 | 0.00 |
| Checking # ****543565 | 0.00 | 37,487.46 | 0.00 |
| | $38,248.65 | $38,248.65 | $0.00 |